UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LEE McCULLOM,

    Plaintiff,

  v.

SEAN WHENT, et. al.,

    Defendants.

Case No. 15-cv-5718-TEH

JUDGMENT

    For the reasons set forth in the Order of Dismissal, Judgment is entered in favor of Defendant. Plaintiff shall take nothing by way of his Complaint.

    IT IS SO ORDERED AND ADJUDGED.

Dated: 2/14/2017

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.15\McCullom5718.jud.docx